**RECEIVED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _9_ , _13_ , _05_
BY _OM_

## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| JESSE HAKES, JR. | CIVIL ACTION NO. 05-465-P |
| VERSUS | JUDGE STAGG |
| BOSSIER SHERIFF CORRECTIONAL FACILITY, ET AL. | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this 13th day of September 2005.

TOM STAGG
UNITED STATES DISTRICT JUDGE